# United States District Court
## Southern District of Georgia

EPHRIAM AHANONU, M.D.,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV304-010

DODGE COUNTY HOSPITAL AUTHORITY, and LOU BARKER, M.D. ANDREA B. MOORE, M.D., JANET SMITH, as Personal Representative of the Estate of Meredith B. Smith, M.D. and JOHNNY PEEBLES, M.D., all in their individual capacities,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on October 11, 2007, the Defendants' motions for summary judgment are GRANTED, the Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE and this civil action is CLOSED. Final judgment stands ENTERED in favor of the Defendants.

| October 11, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | *(By) Deputy Clerk* |